UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FELMON FELTON WILLIAMS (#73308)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 09-103-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 10, 2009 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss, rec.doc.no. 10, is DENIED, and the plaintiff's claim is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 7th day of January, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE