UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FELMAN FELTON WILLIAMS (#73308)

VERSUS

STATE OF LOUISIANA ET AL

CIVIL ACTION

NO. 09-103-BAJ-DLD

RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 14, 2010. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's motion for summary judgment (doc. 18), is hereby **DENIED**, and the defendants' motion for summary judgment (doc. 19), is hereby **GRANTED.**

Judgment shall be issued accordingly.

Baton Rouge, Louisiana, October 27, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA